# United States Court of Appeals
## For the First Circuit

No. 12-1449

UNITED STATES

Appellant

v.

RODNEY GURLEY

Defendant - Appellee

**JUDGMENT**

Entered: November 14, 2012
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of the Government's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b), with each party to bear its own costs.

    Mandate to issue forthwith.

By the Court:

/s/Margaret Carter, Clerk.

cc:
Christopher John Pohl
Dina Michael Chaitowitz
Glenn A. MacKinlay
Alan D. Rose, Sr.
Rodney Gurley